# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SUSAN SHELTON DURHAM                                    PLAINTIFF

v.                        No. 4:22-cv-1093-DPM

KENNETH LARRISON and OLD
DOMINION FREIGHT LINE, INC.                             DEFENDANTS

## ORDER

Amended complaint accepted, even though the Final Scheduling Order, *Doc. 8*, wasn't complied with. Motion to withdraw, *Doc. 29*, granted. Motion for partial summary judgment, *Doc. 22*, denied without prejudice as moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

17 December 2024