IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUSAN SHELTON DURHAM                                              PLAINTIFF

v.                          No. 4:22-cv-1093-DPM

KENNETH LARRISON and OLD
DOMINION FREIGHT LINE, INC.                                    DEFENDANTS

ORDER

This case is third-out for trial on 9 June 2025. It won't go that day—the older cases take priority. The trial setting is therefore continued; and the Second Amended Final Scheduling Order, *Doc. 21*, is suspended. The motions *in limine*, *Doc. 31, 32, & 34*, are denied without prejudice. A Third Amended Final Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 April 2025